

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00240-CV

Jonathan Louis **BERNAL**,
Appellant

v.

Rebecca Ashley **BERNAL**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-21742
Honorable Monique Diaz, Judge Presiding

BEFORE JUSTICE BRISSETTE, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's memorandum opinion of this date, appellant's September 9, 2025 "Motion to Drop Appeal No. 04-25-00240-CV" is GRANTED, and this appeal is DISMISSED. We ORDER that costs of this appeal are taxed against appellant.

SIGNED October 8, 2025.

_____
Lori Massey Brissette, Justice